**Michael Wayne HARKNESS,**
**Petitioner–Appellant**

v.

**Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

**No. 07–10444**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 20, 2007.

Michael Wayne Harkness, Mineral Wells, TX, pro se.

Gretchen Berumen Merenda, Assistant Attorney General, Office of the Attorney General Postconviction Litigation Div, Austin, TX, for Respondent–Appellee.

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Michael Wayne Harkness, former Texas prisoner # 1235550, pleaded guilty to felo-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

ny driving while intoxicated and was sentenced to four years of imprisonment. Harkness now seeks a certificate of appealability (COA) to appeal the district court's denial of his 28 U.S.C. § 2254 petition challenging the denial of mandatory supervision.

During the pendency of this appeal, Harkness was released from prison to mandatory supervision. As a result, Harkness's due process claim challenging the denial of § 2254 petition has been rendered moot. *See Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Bailey v. Southerland,* 821 F.2d 277, 278–79 (5th Cir.1987). Accordingly, this appeal is dismissed as moot.

APPEAL DISMISSED; COA MOTION DENIED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.